**Dismiss and Opinion Filed December 1, 2023**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-23-00518-CV

**QUINTARIUS MCKINNIE, Appellant**
**V.**
**3101 MAIN, LP A/K/A THE CASE BUILDING, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-00776-D**

## MEMORANDUM OPINION

Before Justices Carlyle, Goldstein and Breedlove
Opinion by Justice Carlyle

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by October 20, 2023. By postcard dated October 24, 2023, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b),

(c).


230518f.p05

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

QUINTARIUS MCKINNIE,
Appellant

No. 05-23-00518-CV      V.

3101 MAIN, LP A/K/A THE CASE
BUILDING, Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-23-00776-
D.
Opinion delivered by Justice Carlyle.
Justices Goldstein and Breedlove
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 1st day of December 2023.